...

**Andrea D. Coit, OSB #002640**
acoit@eugenelaw.com
HUTCHINSON COX
940 Willamette Street, Suite 400
P.O. Box 10886
Eugene, Oregon 97440
Telephone: (541) 686-9160
Facsimile: (541) 343-8693
Of Attorneys for Lane County and
Lane County Fair Board

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DISTRICT

| | |
|---|---|
| **KEVIANTAE HILL**,<br><br>          Plaintiff,<br><br>vs.<br><br>**LANE COUNTY**, an Oregon government agency, **LANE COUNTY SHERIFF'S MOUNTED POSSE**, an Oregon domestic nonprofit corporation, **LANE COUNTY FAIR BOARD**, an Oregon public agency, **IRON SHIELD, LLC**, a former Oregon limited liability company**, STEVE EGETER**, an individual, **LEVI MCKENNY**, an individual, **BYRON TRAPP**, an individual, and **DOE 1**, an individual.<br><br>          Defendants. | Case No. 6:25-CV-01290-MC<br><br>**LANE COUNTY AND LANE COUNTY FAIR BOARD'S JOINDER IN MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FILED BY LANE COUNTY SHERIFF'S MOUNTED POSSE, STEVE EGETER, LEVI MCKENNY, AND BYRON TRAPP** |

**I.     CERTIFICATE PURSUANT TO LOCAL RULE 7-1**

Counsel for Defendants Lane County and Lane County Fair Board certifies that she conferred with plaintiff's counsel on November 17, 2025, and made good-faith efforts to resolve the issues presented by this motion but was unable to do so.

Page 1 –   LANE COUNTY AND LANE COUNTY FAIR BOARD'S JOINDER IN MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FILED BY LANE COUNTY SHERIFF'S MOUNTED POSSE, STEVE EGETER, LEVI MCKENNY, AND BYRON TRAPP

## II.  JOINDER IN MOTION FILED BY CO-DEFENDANTS

Lane County and the Lane County Fair Board hereby join in the Fed. R. Civ. Proc. 12 Motions to Dismiss and Motion to Substitute filed by co-defendants Lane County Sheriff's Mounted Posse, Steve Egeter, Levi McKenny and Byron Trapp, and incorporate the arguments set forth in support of those motions.

DATED this 20th day of November, 2025.

                        HUTCHINSON COX

                        By:   s/Andrea D. Coit
                              Andrea D. Coit, OSB #002640
                              acoit@eugenelaw.com
                              Of Attorneys for Lane County and
                              Lane County Fair Board

## CERTIFICATE OF SERVICE

I certify that on November 20, 2025, I served or caused to be served a true and complete copy of the foregoing **LANE COUNTY AND LANE COUNTY FAIR BOARD'S JOINDER IN MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FILED BY LANE COUNTY SHERIFF'S MOUNTED POSSE, STEVE EGETER, LEVI MCKENNY, AND BYRON TRAPP** on the party or parties listed below as follows:

☒ Via the Court's Efiling System

☐ Via First-Class Mail, Postage Prepaid

☐ Via Email

☐ Via Personal Delivery

☐ Via Facsimile

Alicia Leduc Montgomery
alicia@leducmontgomery.com
Leduc Montgomery LLC
2210 W Main Street, Suite 107-328
Battle Ground, WA 98604

Jesse Merrithew
jesse@lmhlegal.com
Levi Merrithew Horst P.C.
610 SW Alder Street, Suite 415
Portland, OR 97205

Of Attorneys for Plaintiff

Mallory R. Beebe
Mallory.beebe@lanecountyor.gov
Sr. Assistant County Counsel
Lane County Office of Legal Counsel
125 E. 8th Avenue
Eugene, OR 97401

Of Attorneys for Defendants

HUTCHINSON COX

By: ___s/Andrea D. Coit___
    Andrea D. Coit, OSB #002640
    Of Attorneys for Lane County and
    Lane County Fair Board

Page 3 –  LANE COUNTY AND LANE COUNTY FAIR BOARD'S JOINDER IN MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FILED BY LANE COUNTY SHERIFF'S MOUNTED POSSE, STEVE EGETER, LEVI MCKENNY, AND BYRON TRAPP